## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BOWERS, | : | |
| | : | CASE NO.  3:14-CV-00268 |
| Plaintiff, | : | |
| vs. | : | JUDGE: WALTER H. RICE |
| | : | |
| J & D AGENCY, INC. | : | |
| d.b.a Hidy Acura | : | MAGISTRATE JUDGE |
| | : | OVINGTON |
| Defendant. | : | |
| | : | |

## ENTRY AND ORDER

Before the Court is the Joint Motion to Stay Discovery and Request for Mediation. The Joint Motion is hereby GRANTED, discovery is stayed pending the outcome of Mediation and the Mediation shall be scheduled by the Court with participation from counesl.

SO ORDERED this **13** day of **July**, 2015.

_____

United States District Judge

1